**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CAROLINA BARRIOS, | Case No. 8:22-CV-01128-FWS-JDE |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. RULE 41 [11]** |
| vs. | |
| FORD MOTOR COMPANY, *et al.*, | |
| Defendants. | |

///

///

///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. Proc. Rule 41 [11] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case against all parties is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: December 12, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE